IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10064
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO ROBLES, also known as Roberto Antonio Robles,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:99-CR-064-ALL-C
--------------------
August 9, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Roberto Robles has moved for
leave to withdraw and has filed a brief as required by <u>Anders v.
California</u>, 386 U.S. 738 (1967).  Robles filed a response in
which he asks for appointment of new appellate counsel and argues
that there are nonfrivolous grounds for appeal.  Robles knowingly
waived his right to appeal all but certain issues pertaining to
sentencing and his Sixth Amendment right to counsel, and our
review of the briefs and the record discloses no nonfrivolous
issue for appeal.  Counsel's motion for leave to withdraw is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

GRANTED; counsel is excused from further responsibilities herein;

the motion for appointment of appellate counsel is DENIED; and

the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.